[No. 34720-9-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
WARREN MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01260-2, Jo Anne Alumbaugh, J., entered
June 9, 1994. *Dismissed* by unpublished per curiam
opinion.

[No. 34787-0-I.   Division One.   October 30, 1995.]

DOUGLAS DROBNY, *Appellant*, v. THE BOEING
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-29541-5, Larry A. Jordan, J., entered
May 23, 1994. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.
Now published at 80 Wn. App. 97.

[No. 34869-8-I.   Division One.   October 30, 1995.]

*In the Matter of the Marriage of* JUDI KUEMPEL.

JUDI KUEMPEL, *Respondent*, v. WILLIAM KUEMPEL,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-3-00016-6, David F. Hulbert, J.,
entered June 27, 1994. *Reversed* by unpublished opinion
per Ellington, J., concurred in by Baker, C.J., and Agid, J.

[No. 34970-8-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
B. KOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-01339-6, Bobbe J. Bridge, J., entered July
19, 1994. *Affirmed* by unpublished per curiam opinion.